IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| SHERRIE GLENN, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 7:17-cv-00016-O-BP |
| § | |
| VENDOR RESOURCE § MANAGEMENT and JPMORGAN § CHASE BANK, N.A., § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 14). No objections were filed, and the Magistrate Judge's recommendation is now ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Vendor Resource Management's Motion to Dismiss (ECF No. 6) is hereby **GRANTED** and Plaintiff's claims against Vendor Resource Management are hereby **DISMISSED with prejudice.**

**SO ORDERED** on this **26th day** of **April, 2017.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE